UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

United States of America

vs.

Armando Cardenas-Lopez

CRIMINAL COMPLAINT
CASE: 17-10788M
Citizenship: Mexico

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about September 4, 2017 at or near Ajo, Arizona, in the District of Arizona, Armando Cardenas-Lopez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Hidalgo, Texas on August 31, 2017 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(1).

   Armando Cardenas-Lopez is a citizen of Mexico . On August 31, 2017, Armando Cardenas-Lopez was lawfully denied admission, excluded, deported and removed from the United States through Hidalgo, Texas. On September 4, 2017, agents found Armando Cardenas-Lopez in the United States at or near Ajo, Arizona without the proper immigration documents. Armando Cardenas-Lopez did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Armando Cardenas-Lopez, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Armando Cardenas-Lopez admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on September 4, 2017, at or near Lukeville, Arizona.

File Date: 09/05/2017

at Tucson, Arizona

Aaron Kiracofe, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 09/05/2017

Jacqueline M. Rateau
United States Magistrate Judge

Alien Number: 097 824 420